

**ATTORNEYS AT LAW**
505 Sansome Street, Suite 1575
San Francisco, CA 94111
T: 415.247.6000   F: 415.247.6001

VIA ECF                                                                                           September 20, 2023
Hon. Cathy Seibel
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *OV Loop, Inc. v. Mastercard Incorporated et al.*, No. 7:23-cv-01773-CS

Dear Judge Seibel:

    Pursuant to Section 2.D of the Court's Individual Practices, Plaintiff OV Loop, Inc. respectfully requests oral argument on Defendants' Motion to Stay Pending *Inter Partes* Review.

                           Very truly yours,

                           */s/ Spencer Hosie*
                         Spencer Hosie
                         *Counsel for Plaintiff OV Loop, Inc.*